# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1742

_____

| | | |
|---|---|---|
| Belinda C. Dillon, as next friend | * | |
| of Joshua Wayne Dillon and Jonathan | * | |
| Edward Dillon, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
| | * | |
| City of Conway, Arkansas, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: March 11, 2004

Filed: April 5, 2004

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.


Belinda Dillon appeals the district court's[1] grant of summary judgment to the City of Conway on her pregnancy-discrimination claim. We affirm.

---

[1]The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.

We agree with the district court that Dillon failed to produce evidence that permitted an inference of pregnancy discrimination. Title VII only guarantees that pregnant women are treated as well as nonpregnant employees who are similarly situated. Deneen v. Northwest Airlines, Inc., 132 F.3d 431, 436-37 (8th Cir. 1998). After reviewing the record, we agree that Dillon did not produce any evidence showing that similarly situated probationary employees were treated differently. Nor did she produce other evidence that would permit an inference that she was fired because she was pregnant. Without this evidence, Dillon failed to meet her burden under the first step of McDonnell Douglas, and the district court correctly granted summary judgment to the City.

_____